ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

FILED
MAY - 1 2001
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Case No.   CV-01-2554-R                                    Date: MAY 1, 2001

Title:   APV BAKER etc -v- TUSHA BUILDINGS INC et al
==============================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

  William Horrell                                          None Present
  Courtroom Deputy                                         Court Reporter

ENTERED
CLERK, U.S. DISTRICT COURT
MAY - 2 2001
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

  None                                                     None

PROCEEDINGS:   MINUTE ORDER DISMISSING ACTION (IN CHAMBERS)


**COUNSEL ARE NOTIFIED that on the Court's own motion this action IS HEREBY ORDERED DISMISSED, due to the defendants' having filed bankruptcy. This dismissal is without prejudice to the plaintiff pursuing the matter as against the defendants in the Bankruptcy Court Action in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, #499-46161-MT-7.**

cc: counsel of record (by optical scanning)

✓ Docketed
✓ Copies/NTC Sent
✓ JS - 5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD

MINUTES FORM 11                                            Initials of Deputy Clerk ___WH
CIVIL -- GEN

MAY 02 2001

